Deborah B. Baker-Egozi (SBN 266141)
**LIPSCOMB, EISENBERG & BAKER, PL**
2 South Biscayne Boulevard
Penthouse 3800
Miami, Florida 33131
Telephone:  (786) 431-2228
Facsimile:  (786) 431-2229
Email: dbaker@lebfirm.com

Attorneys for Hawk Technology Systems, LLC

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC, )<br>)<br>      Plaintiff, )<br>)<br>v. )<br>)<br>)<br>CENTINELA VALLEY UNION HIGH )<br>SCHOOL DISTRICT, )<br>)<br>      Defendant. )<br>_____) | Case No: 2:16-cv-03568-CAS-AJW<br><br>**NOTICE OF FILING EXHIBIT A<br>TO PLAINTIFF'S COMPLAINT** |

Plaintiff HAWK TECHNOLOGY SYSTEMS, LLC, through its undersigned counsel, hereby files Exhibit A to the Plaintiff's Complaint to be considered for any and all further proceedings in this matter.

Dated: June 16, 2016

Respectfully submitted,

By:   /s/ *Deborah B. Baker-Egozi*
Deborah B. Baker-Egozi (SBN 266141)
**LIPSCOMB, EISENBERG & BAKER, PL**
2 South Biscayne Boulevard
Penthouse 3800
Miami, Florida 33131
Telephone:  (786) 431-2228
Facsimile:  (786) 431-2229
Email: dbaker@lebfirm.com
*Attorneys for Plaintiff*

1

**<u>CERTIFICATE OF SERVICE</u>**

2

I HEREBY CERTIFY that on June 16, 2016, electronically filed the foregoing document

3

with the Clerk of the Court using the E-filing system and that service was perfected on all counsel

4

of record and interested parties through this system.

5

I further certify that a true and correct copy of Plaintiff's Exhibits to the Complaint will be

6

served via hand delivery at the time of service of Plaintiff's Complaint.

7

8

By:   _/s/ *Deborah B. Baker-Egozi*_____
Deborah B. Baker-Egozi (SBN 266141)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

NOTICE OF FILING EXHIBIT A TO PLAINTIFF'S COMPLAINT