Matthew J. Eandi (SBN 279734)
meandi@eandilawgroup.com
**EANDI LAW GROUP APC**
633 West Fifth Street, 26th Floor
Los Angeles, California 90071
Telephone (310) 860-6951
Facsimile (866) 608-6487

Attorneys for Plaintiff
Hawk Technology Systems, LLC

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HAWK TECHNOLOGY SYSTEMS, LLC<br><br>    Plaintiff,<br><br>v.<br><br>CENTINELA VALLEY UNION HIGH SCHOOL DISTRICT,<br><br>    Defendant. | CASE NO. 2:16-cv-03568-CAS-AJW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

**PLEASE TAKE NOTICE**, Plaintiff hereby voluntarily dismisses this action with prejudice. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i), Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment. Each party shall bear its own costs and attorneys' fees.

DATED: January 12, 2017        EANDI LAW GROUP APC
                                         Matthew J. Eandi


By:     /s/ Matthew J. Eandi
       Matthew J. Eandi
       Attorneys for Plaintiff Hawk Technology Systems, LLC

1
**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PROOF OF SERVICE**
*Hawk Technology Systems, LLC v. Centinela Valley Union High School*
U.S.D.C., Central District of California, Case No. 2:16-cv-03568-CAS-AJW

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed by Eandi Law Group, APC in the County of Los Angeles, State of California. My business address is Eandi Law Group, APC, 633 West Fifth Street, 26th Floor, Los Angeles, CA 90071.

On **January 12, 2017**, I served true copies of the following documents described as follows:

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

on the interested parties in this action in the Service List as follows:

| | |
|---|---|
| William Y. Klett, III, Esq.<br>Nexsen Pruet<br>1230 Main Street<br>Suite 700<br>Columbia, South Carolina 29201 | (Counsel for Defendant Centinela Valley Union High School) |

[ X ] **BY MAIL:** I enclosed the document(s) in a sealed envelope or package addressed to the person(s) at the address(es) listed in the Service List and placed the envelope for collection, following our ordinary business practices. I am readily familiar with Eandi Law Group APC's practice for collecting and processing correspondence for mailing. On the same date that correspondence is prepared for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2017 at Los Angeles, California

          /s/ Matthew J. Eandi_____
          Matthew J. Eandi